UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL HOLLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV01891 RWS |
| | ) |
| PROCTOR & GAMBLE, INC. and | ) |
| JEFFERY OSBOURNE, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's Motion for Default Judgment [#23]. Plaintiff argues that Defendants have failed to answer her Complaint pursuant to the Federal Rules of Civil Procedure. However, Defendants filed a Partial Motion to Dismiss on January 31, 2008 which is still pending before this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment [#23] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2008.